ACCEPTED
04-14-00707-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 10:54:03 AM
KEITH HOTTLE
CLERK

**THE LAW OFFICE OF**

# AUDREY MULLERT VICKNAIR

**FROST BANK PLAZA**
**802 NORTH CARANCAHUA, SUITE 1350**
**CORPUS CHRISTI, TEXAS 78401-0022**

**TELEPHONE: (361) 888-8413**
**TELECOPIER: (361) 887-6207**
**E-MAIL: avicknair@vicknairlaw.com**

CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/6/2015 10:54:03 AM
KEITH E. HOTTLE
Clerk

March 6, 2015

Hon. Keith E. Hottle, Clerk                                         e-file
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Ste. 3200
San Antonio, Texas  78205-3037

Re:     Cause No. 04-14-00707-CV, *Broquet v. Walter Mortgage Company, LLC, et al.*

Dear Mr. Hottle:

On February 6, 2015, Appellants filed their Brief with this Court, failing to cite any reference to the appellate record.  On February 11, 2015 this Court issued an order striking the brief accordingly and requiring Appellant to amend.  On March 2, 2015, Appellant filed an amended brief.  That brief still does not cite any reference to the appellate record.    The Appendix that is attached is an affidavit from named Appellant Melissa Broquet, dated March 2, 2015, the date the brief was filed.    That affidavit is obviously nowhere included in the official appellate record, because it was created long after the fact.  The same holds true for the affidavit attached to the original brief – it too was created the day the brief was filed.  A review of Appellant's Amended Brief will show that the entire document – the Statement of Facts through the Argument and Prayer – is based on the statements made in this outside-the-record affidavit.  The brief nowhere relies on the official appellate record.

Because the amended brief fails to comply with the court's order, for the same reasons the original brief was struck, Appellees contend that the amended brief should be struck as well.  There is nothing properly before the Court to which Appellees can respond.  Currently, Appellees have a briefing deadline of April 1, 2015.   We pray the Court to remove that deadline and either dismiss this appeal or require Appellant to rebrief one final time, without the use of affidavits created outside the record.

Thank you as always for your courtesies.

Respectfully submitted,

*/s/ Audrey Mullert Vicknair*

Audrey Mullert Vicknair

*Counsel for Appellees Walter Mortgage Company LLC, et al.*

Cc: *by tex.gov e-filing*: Mr. Hector Gonzalez, attorney for Appellant